**Willie WATSON, Appellant,**

v.

**NEIGHBORS CREDIT UNION; Lawrence Geesing; Tri–Star Recovery Towing, Appellees.**

No. 09–1464.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 4, 2009.

Filed: Oct. 5, 2009.

---

**1.** The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

Willie Watson, St. Louis, MO, pro se.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Willie Watson appeals the district court's[1] dismissal of his complaint seeking disclosure of documents under the Freedom of Information Act, 5 U.S.C. § 552. Upon de novo review, *see Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we agree with the district court that the Freedom of Information Act does not apply to any named defendant. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.